IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONESTAR INVENTIONS, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 6:09cv17 |
| v. | § | |
| | § | |
| ADVANCED MICRO DEVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order dismissing the claims of all parties signed July 17, 2009, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 20th day of July, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1